

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00089-CV

**VERMILLION FC, LP**,
Appellant

v.

**1776 ENERGY PARTNERS, LLC**,
Appellee

From the 293rd Judicial District Court, Zavala County, Texas
Trial Court No. 16-10-13812-ZCV
Honorable Donna S. Rayes, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED IN PART and REVERSED IN PART. We REVERSE the trial court's judgment for 1776 Energy Partners, LLC as to the well tract claim under section 6.A. of the lease. We REVERSE the trial court's judgment for 1776 Energy Partners, LLC with respect to the 40 additional acres for which it did not provide a release under section 10 of the lease. We REMAND those claims for further proceedings to determine what damages, if any, were incurred by Vermillion FC, LP. The remainder of the trial court's judgment is AFFIRMED.

We further ORDER that the parties shall bear their own costs of this appeal.

SIGNED August 25, 2021.

Luz Elena D. Chapa, Justice